

# United States District Court
# Eastern District of California

| Optum Rx, Inc., et al. |
| Plaintiff(s) |

Case Number: 2:26-cv-01763-DAD-JDP

V.

| Bonta, et al. |
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Emily Riff _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Optum Rx, Inc.; Emisar Pharma Services, LLC

On ____10/30/2017____ (date), I was admitted to practice and presently in good standing in the

_____State Bar of Colorado_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ____05/11/2026____          Signature of Applicant: /s/ Emily Riff _____

**Pro Hac Vice Attorney**

Applicant's Name: Emily Riff

Law Firm Name: Gibson, Dunn & Crutcher LLP

Address: 1900 Lawrence Street

Suite 3000

City: Denver    State: CO    Zip: 80202-2211

Phone Number w/Area Code: (303) 298-5901

City and State of Residence: Denver, CO

Primary E-mail Address: ERiff@gibsondunn.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kahn A. Scolnick

Law Firm Name: Gibson, Dunn & Crutcher LLP

Address: 333 South Grand Avenue

City: Los Angeles    State: CA    Zip: 90071-3197

Phone Number w/Area Code: (213) 229-7656    Bar # 228686

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 12, 2026

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT