

# United States District Court
# Eastern District of California

| Optum Rx, Inc., et al. |
| --- |

Plaintiff(s)

Case Number: | 2:26-cv-01763-DAD-JDP |

V.

| Bonta, et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mark Christian Talley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Optum Rx, Inc.; Emisar Pharma Services, LLC

On ____02/15/2021____ (date), I was admitted to practice and presently in good standing in the

____District of Columbia Bar____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____05/11/2026____    Signature of Applicant: /s/ Mark Christian Talley

**Pro Hac Vice Attorney**

Applicant's Name: Mark Christian Talley

Law Firm Name: Gibson, Dunn & Crutcher LLP

Address: 1700 M Street, N.W.

City: Washington   State: D.C.   Zip: 20036-4504

Phone Number w/Area Code: (202) 777-9537

City and State of Residence: Annandale, VA

Primary E-mail Address: CTalley@gibsondunn.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kahn A. Scolnick

Law Firm Name: Gibson, Dunn & Crutcher LLP

Address: 333 South Grand Avenue

City: Los Angeles   State: CA   Zip: 90071-3197

Phone Number w/Area Code: (213) 229-7656   Bar # 228686

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 12, 2026

_____
JUDGE, U.S. DISTRICT COURT